# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

April 19, 2021

**VIA ECF**
Hon. Ronnie Abrams
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Dilenia Paguada et al. v. Ralph Good, Inc.*
      Case No.: 20-cv-10248 (RA)
      Our File: 420-19819

Dear Honorable Judge Abrams:

  As you are aware, this firm represents Defendant, *Ralph Good, Inc.*, in the above-referenced matter. The parties submit this correspondence jointly to inform the Court that they plan to file a stipulation discontinuing the matter and request that the Court please implement a stay of these proceedings for at least sixty (60) days from the date of this correspondence in anticipation of said filing.

  We thank this Honorable Court for its time and consideration.

            Respectfully submitted,

            MILBER MAKRIS PLOUSADIS
            & SEIDEN, LLP

            *Tyler B. Levenson*

            Tyler B. Levenson

ERG/TBL/kd

cc: *via ECF*
Mars Khaimov
Mars Khaimov Law, PLLC
10826 64th Avenue, Suite 2nd Floor
Forest Hills, NY 11375
marskhaimovlaw@gmail.com

Application granted. The parties shall submit a status letter by no later than June 18, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 20, 2021