UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DILENIA PAGUADA, on behalf of herself and
all others similarly situated,

                Plaintiff,           Docket No.: 20-CV-10248

    -against-

RALPH GOOD, INC.

               Defendant.
-----------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: __May 20__, 2021             Dated: __June 4__, 2021
Queens, New York                                Woodbury, New York

_____           _____
Mars Khaimov, Esq.                       Elizabeth R. Gorman, Esq.
MARS KHAIMOV LAW, PLLC        Tyler B. Levenson, Esq.
10826 64th Avenue, Second Floor      MILBER MAKRIS PLOUSADIS &
Forest Hills, New York 11375           SEIDEN, LLP
929-324-0717                                 1000 Woodbury Road, Suite 402
marskhaimovlaw@gmail.com          Woodbury, New York 11797
*Attorneys for Plaintiff*                    516.712.4000 ext. 1145
                                                   egorman@milbermakris.com
                                                   *Attorneys for Defendant*

SO ORDERED.

_____
Hon. Ronnie Abrams
06/21/21